1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  JAMES JOHN RANGEL,<br>12          Plaintiff,<br>13    v.<br>14  FULLERTON POLICE<br>     DEPARTMENT, et al.,<br>15<br>16          Defendants. | Case No. 2:21-cv-09036-DSF (GJS)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

17

18    On September 20, 2021, Plaintiff filed a pro se complaint under 42 U.S.C. §
19 1983 in the United States District Court for the Northern District of California.
20 [Dkt. 1.]  Plaintiff's address listed on the Complaint was Chuckawalla State Prison.
21 On that same date, the Clerk's Office for the Northern District served various
22 notices on Plaintiff by mail.  [Dkts. 2-3.]  On October 4, 2021, those notices were
23 returned by the United States Postal Service as undeliverable, with notations that
24 Plaintiff had been paroled and that the mail could not be forwarded.  [Dkt. 4.]
25    On October 21, 2021, the Clerk's Office for the Northern District served
26 another notice on Plaintiff by mail.  [Dkt. 5.]  That notice also was returned by the
27 United States Postal Service as undeliverable on November 1, 2021.  [Dkt. 6.]
28    On November 5, 2021, the Northern District issued a Notice advising Plaintiff

that the case would be reassigned to a United States District Judge. [Dkt. 7.] On November 16, 2021, that notice was returned by the United States Postal Service as undeliverable

On November 15, 2021, the Northern District transferred the case to this District. In light of the three instances of returned mail served on Plaintiff, the Court's staff has reviewed the California Department of Corrections and Rehabilitation's Inmate Locater service. That service shows that, in fact, Plaintiff is not incarcerated at Chuckawalla State Prison or at any other state prison and no forwarding or current address is provided.

Local Rule 41-6 provides that:

> A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court documents, the Court may dismiss the action with or without prejudice for failure to prosecute.

The Northern District has a similar Local Rule in place, which reads:

> 3-11. Failure to Notify of Address Change
> (a) Duty to Notify. An attorney or a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address.
> (b) Dismissal Due to Failure. The Court may, without prejudice, dismiss a complaint or strike an answer when:
> (1) Mail directed to the attorney or pro se party by the Court has been returned to the Court as not deliverable; and
> (2) The Court fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address.

Northern District Local Rule 3-11.

It has been more than 14 days since the Postal Service returned as undeliverable the first and second sets of notices that the Northern District Clerk's Office served upon Plaintiff at his docket address of record – an address that the Court now knows is not a viable address. A third Court notice since has been returned as undeliverable. Plaintiff has failed to comply with the requirements of this Court and the Northern District that he submit a Notice of Change of Address when his address changed. Given Plaintiff's failure to provide the Court with a current address or other means of contacting him, the Court has no ability to communicate with him. In light of Plaintiff's failure to keep the Northern District and this Court apprised of his whereabouts, as well as his failure to take any action at all since filing the Complaint, the Court assumes that he no longer wishes to pursue this case and that this action may be dismissed. Thus, Local Rule 41-6 on its own supports the dismissal of this action for want of prosecution.

For the foregoing reasons, IT IS ORDERED that this case is dismissed without prejudice for lack of prosecution.

IT IS SO ORDERED.

DATED: November 22, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

Presented by:

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE