UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHN RANGEL,<br><br>Plaintiff<br><br>v.<br><br>FULLERTON POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:21-cv-09036-DSF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: November 22, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE